UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND C. FAIRFIELD, JR.,

    Plaintiff,

v.

IONIA COUNTY CIRCUIT COURT, et al.,

    Defendants.
_____/

Case No. 1:15-cv-792

HON. JANET T. NEFF

## **ORDER**

    This is a civil action involving a *pro se* litigant.  On August 14, 2015, the Magistrate Judge filed a Report and Recommendation (Dkt 7), recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.  The Report and Recommendation was duly served on Plaintiff.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 7) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: September 10, 2015         /s/ Janet T. Neff
                                  JANET T. NEFF
                                  United States District Judge